# EXHIBIT 9

**James A. Collura, Jr.**
Partner
Email: jcollura@bradley.com
Direct: (713) 576-0303
Facsimile: (713) 576-0301
Admitted in Texas and Georgia

February 12, 2024

***Via email: smartens@jw.com***
***and Federal Express***
Steven R. Martens
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701

Re: Release and Limited Guaranty of Lease dated October 1, 2015 (the "Limited Guaranty") executed by Surgical Care Affiliates, LLC ("SCA") and 3003 Bee Cave Partnership, LP ("Landlord") (capitalized terms used herein, but not defined herein, shall have the meaning provided for in the Limited Guaranty)

Dear Mr. Martens:

This firm represents SCA. SCA was surprised to receive your demand letter dated January 22, 2024. As you know, SCA has no liability for any obligations under the Lease that accrue after December 18, 2023, and no obligation to pay the January 2024 rent under the Lease.

SCA is not litigious, but shall vigorously defend against any legal proceedings brought by Landlord. SCA expressly reserves all rights, defenses and claims that it may have against Landlord.

Sincerely,

James A. Collura, Jr.

JAC/dkk

cc: Surgical Care Affiliates, LLC

4858-7308-8164.2